**Order entered October 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00923-CR

### REBECCA JEAN CAGLE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 203rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F11-45513-P

## ORDER

The Court **REINSTATES** the appeal.

On August 28, 2013, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent; (3) the Dallas County Public Defender's Office has now been appointed to represent appellant; (4) the court reporter did not receive notice the case was on appeal; and (5) the court reporter requested thirty days from the October 1, 2013 hearing to file the record.

We **DIRECT** the Clerk to list the Dallas County Public Defender's Office as appellant's appointed counsel of record.

We **ORDER** Lisabeth Kellett, official court reporter of the 203rd Judicial District Court, to file the reporter's record within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Lisabeth Kellett, Official Court Reporter, 203rd Judicial District Court; Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office; and the Dallas County District Attorney's Office.

/s/     DAVID EVANS
         JUSTICE